# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **FREDERICK DEMOND BUSH**<br>LA. DOC # 434769 | **CIVIL ACTION NO. 10-0173**<br>Section P |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **EAST CARROLL DETENTION CENTER, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants Gregory Williams and Alphonso Jackson's oral Motion to Dismiss for Failure to Exhaust Administrative Remedies [Doc. No. 23] is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants Gregory Williams and Alphonso Jackson's oral Motion for Judgment as a Matter of Law [Doc. No. 23] is hereby **DENIED AS MOOT**.

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that judgment be entered in favor of Defendants Gregory Williams and Alphonso Jackson and against Plaintiff Frederick Demond Bush, DISMISSING WITHOUT PREJUDICE, Plaintiff's Complaint in its entirety.

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that judgment be

entered in favor of Defendant East Carroll Detention Center and against Plaintiff Frederick Demond Bush, DISMISSING WITH PREJUDICE, Plaintiff's Complaint, in its entirety.

**MONROE, LOUISIANA**, this 20th day of May, 2011.

*[signature: Robert G. James]*
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE